UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELEA LTD. and
PLASTIC MOLDED
TECHNOLOGIES, INC.,

       Plaintiffs,

                      CASE NO. 03-CV-70565-DT
                      JUDGE PATRICK J. DUGGAN
                      MAGISTRATE JUDGE PAUL J. KOMIVES

  v.

STEELCASE, INC.,

       Defendant.
                                      /

**ORDER WITHDRAWING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO
DISMISS COUNTERCLAIM III AND FOR A MORE DEFINITE STATEMENT
(Doc. Ent. 77)**

On February 11, 2005, plaintiffs filed a motion to dismiss counterclaim III and for a more definite statement on defendants' fourth affirmative defense. (Doc. Ent. 77). On March 7, 2005, defendants filed a response. (Doc. Ent. 89).[1] On March 15, 2005, plaintiffs filed a reply. (Doc. Ent. 96).

On June 23, 2005 via electronic mail, plaintiffs' counsel (Robert Tuttle) informed the Court that plaintiffs are willing to withdraw the aforementioned motion without prejudice. Therefore, the above-described motion is deemed withdrawn without prejudice.

IT IS SO ORDERED.

---

[1] On March 9, 2005, Judge Duggan referred plaintiffs' motion to me for report and recommendation. (Doc. Ent. 93).

The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of ten days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

s/Paul J. Komives
PAUL J. KOMIVES
UNITED STATES MAGISTRATE JUDGE

Dated: 6/24/05

The undersigned certifies that a copy of the foregoing order was served on the attorneys of record by electronic means or U.S. Mail on June 24, 2005.

s/Eddrey Butts
Case Manager